IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAY 16  A 11:05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| NC-WC LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:06CV440-WKW |
| v. ) | |
| ) | |
| DAVID STIVARIUS, MALISSA ) | |
| ADELL LEE, DELTA PROPERTIES, ) | |
| ALAN K. FLEMING ) | |
| and UNITED STATES DEPT. OF ) | |
| TREASURY - INTERNAL REVENUE ) | |
| SERVICE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Petitioner, Internal Revenue Service, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully petitions for removal of this action from the Circuit Court of Lee County, Alabama, to the United States District Court for this District, and in support thereof, represent the following:

1.   That Petitioner, Internal Revenue Service, is a named Defendant in the above-captioned civil action which is pending in the Circuit Court of Lee County, Alabama, Civil Action No. 2006-CV-186.  Copies of all process, pleadings, and orders served upon Defendants in such action are attached hereto.

2.   That the above-captioned action is one which may be removed without bond to this court pursuant to 28 U.S.C. §§ 1444 and 2410(a), for the reasons that: (a) this action involves the foreclosure of a mortgage or other lien upon real property on which is



SCANNED
C 05/16/06

subject to a lien of the Internal Revenue Service, and (b) Defendant, Internal Revenue Service, is an agency of the United States.

WHEREFORE, Petitioner prays that said action be removed from the Circuit Court of Lee County, Alabama.

DATED this 16th day of May, 2006.

LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Notice of Removal upon all interested parties by mailing a copy of same, first class, postage prepaid, addressed as follows:

Gary S. Olshan, P.C.  
P.O. Box 3020  
Birmingham, Alabama 35202

David Stivarius  
180 Lee Road 845  
Valley, AL 36854

Malissa L. Hagler  
616 26th St, #A  
Columbus, GA 31904-8531

Alan K. Fleming  
6261 Seminary Road  
Columbus, GA 31904

Delta Properties  
407 7th Street  
Tallassee, AL 36078

Dated this the 16th day of May, 2006.

_____  
Assistant United States Attorney