IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

FILED
APR 19 2006
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

NC-WC LP
    Plaintiff,

vs.

CIVIL ACTION NO. CV-06-186

DAVID STIVARIUS, MALISSA ADELL LEE,
DELTA PROPERTIES, ALAN K. FLEMING
and UNITED STATES DEPT. of TREASURY
INTERNAL REVENUE SERVICE
    Defendants.

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Comes now Defendant, DELTA PROPERTIES, L.L.C., by and through its attorney, ALISA J. CALDWELL, in the above styled matter, and files his Answer to Plaintiff's Complaint as follows:

1. Defendant Delta Properties, L.L.C. admits that Defendant Delta Properties, L.L.C. is an Alabama corporation with an address of 403 Seventh Street Tallassee, Alabama 36078. Defendant is without information to admit or deny the remaining portion of Plaintiff's averment #1.

2. Defendant Delta Properties, L.L.C. denies Plaintiff's averment #2 and demands strict proof thereof.

3. Defendant Delta Properties, L.L.C. denies Plaintiff's averment #3 and demands strict proof thereof.

4. Defendant Delta Properties, L.L.C. denies he holds tax title deed to the property by virtue of tax sale held on May 4, 2005. Defendant Delta Properties, L.L.C. holds a tax sale certificate by virtue of tax sale held on May 4, 2004. Defendant

Delta Properties, L.L.C. denies the remaining averments in #4 and demands strict proof thereof.

5. Defendant Delta Properties, L.L.C. denies Plaintiff's averment #5 and demands strict proof thereof.

6. Defendant Delta Properties, L.L.C. denies Plaintiff's averment #6 and demands strict proof thereof.

7. Defendant Delta Properties, L.L.C. denies Plaintiff's averment #7 and demands strict proof thereof.

8. Defendant Delta Properties, L.L.C. denies Plaintiff's averment #8 and demands strict proof thereof.

9. Defendant Delta Properties, L.L.C. denies Plaintiff's averment #9 and demands strict proof thereof.

10. Defendant Delta Properties, L.L.C. admits Plaintiff's averment #10.

11. Defendant Delta Properties, L.L.C. admits Plaintiff's averment #11.

Respectfully submitted,

_____
ALISA J. CALDWELL (CAL035)
Attorney for Plaintiff

SCARBOROUGH & WELDON, L.L.C.
ATTORNEYS AT LAW
P.O. Box 780452
Tallassee, AL 36078
(334) 283-2893

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Answer was served by U. S. Postal Mail, postage prepaid, upon Hon. Gary S. Olshan, Attorney for Plaintiff, P. O. Box 3020, Birmingham, Alabama 35202, this the 10th day of April, 2006.

_____
ALISA J. CALDWELL

F:\Pleadings-Civil\Answers\Answ-Caldwell-olshan.wpd