IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **3:06-cv-440-WKW-SRW** |
| | ) |
| DAVID STIVARIUS, MALISSA ADELL LEE, DELTA PROPERTIES, ALAN K. FLEMING and UNITED STATES DEPT. OF TREASURY - INTERNAL REVENUE SERVICE, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND**

Comes now the federal defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests an extension of ten (10) days, to and including, Friday, June 23, 2006, in which to answer or otherwise respond in the above-styled matter, and as grounds states as follows:

1.     The parties are presently in negotiations which they believe will lead to a request that this matter be remanded to the Circuit Court of Lee County, Alabama. To avoid the possibly unwarranted expenditure of resources, the defendant respectfully requests that its time to answer or otherwise respond be extended ten (10) days, to and including, Friday, June 23, 2006.

    2.    Counsel for the plaintiff has been contacted and he has no objections to this request.

Respectfully submitted this 9th day of June, 2006.

                LEURA G. CANARY
                United States Attorney

        By:s/ R. Randolph Neeley
            R. Randolph Neeley
            Assistant United States Attorney
            Bar Number: 9083-E56R
            Attorney for Defendant
            Post Office Box 197
            Montgomery, AL  36101-0197
            Telephone No.: (334) 223-7280
            Facsimile No.: (334) 223-7418
            **E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all interested parties by mailing a copy of same, first class, postage prepaid, addressed as follows:

Gary S. Olshan, P.C.  
P.O. Box 3020  
Birmingham, Alabama 35202

David Stivarius  
180 Lee Road 845  
Valley, AL 36854

Malissa L. Hagler  
616 26th St, #A  
Columbus, GA 31904-8531

Alan K. Fleming  
6261 Seminary Road  
Columbus, GA 31904

Delta Properties  
407 7th Street  
Tallassee, AL 36078

Dated this the 9th day of June, 2006.

                                                    s/R. Randolph Neeley  
                                                    Assistant United States Attorney