IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:06-CV-440-WKW |
| | ) |
| DAVID STIVARIUS, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

This case is before the Court on the defendant United States Department of Treasury – Internal Revenue Service's Motion for Extension of Time to Answer or Otherwise Respond (Doc. # 2), filed on June 9, 2006. Upon consideration, it is hereby ORDERED that this motion is GRANTED. The defendant shall file an answer or responsive pleading on or before June 23, 2006.

DONE this the 14th day of June, 2006.

                                              /s/  W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE