IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-CV-440-WKW |
| | ) |
| DAVID STIVARIUS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the Court on the defendant United States Department of Treasury – Internal Revenue Service's Second Motion for Extension of Time to Answer or Otherwise Respond (Doc. # 4), filed on June 23, 2006. Upon consideration, it is hereby ORDERED that this motion is GRANTED. The defendant shall file an answer or responsive pleading on or before July 7, 2006.

DONE this the 27th day of June, 2006.

　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE