IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **3:06-cv-440-WKW-SRW** |
| | ) |
| DAVID STIVARIUS, MALISSA ADELL LEE, DELTA PROPERTIES, ALAN K. FLEMING and UNITED STATES DEPT. OF TREASURY - INTERNAL REVENUE SERVICE, | ) |
| | ) |
|    Defendants. | ) |

## ANSWER

Comes now the defendant, the Internal Revenue Service, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and answers the plaintiff's complaint as follows:

### First Defense

The plaintiff's complaint fails to state a claim upon which relief can be granted.

### Second Defense

The defendant specifically reserves the right to add additional defenses of which it becomes aware during the progression of discovery.

### Third Defense

Answering specifically the numbered paragraphs of the Complaint, utilizing the same paragraph numbering, the defendant admits, denies, and otherwise answers as follows:

1. The defendant is without sufficient information to form a belief as to the veracity of the allegations of paragraph 1 of the complaint, the same are therefore denied.

2. The defendant admits that the Internal Revenue Service is an agency of the United States government with an address as identified in the complaint, but is without sufficient information to form a belief as to the veracity of the remaining allegations of paragraph 2 of the complaint, the same are therefore denied.

3. The defendant admits the allegations of paragraph 3 of the complaint.

4. The defendant admits the allegations of paragraph 4 of the complaint.

5. The defendant admits the allegations of paragraph 5 of the complaint.

6. The defendant admits the allegations of paragraph 6 of the complaint.

7. The defendant is without sufficient information to form a belief as to the veracity of the allegations of paragraph 7 of the complaint, the same are therefore denied.

8. The defendant admits the allegations of paragraph 8 of the complaint.

9. Paragraph 9 of the complaint is in the form of a prayer for relief to which no answer is required.

10. Paragraph 10 of the complaint is in the form of a prayer for relief to which no answer is required.

11. Paragraph 11 of the complaint is in the form of a prayer for relief to which no answer is required.

The remaining paragraphs of the complaint are in the form of a prayer for relief to

which no answer is required.

    Respectfully submitted this 7th day of July, 2006.

                              LEURA G. CANARY
                              United States Attorney

                        By:s/ R. Randolph Neeley
                           R. Randolph Neeley
                           Assistant United States Attorney
                           Bar Number: 9083-E56R
                           Attorney for Defendant
                           Post Office Box 197
                           Montgomery, AL  36101-0197
                           Telephone No.: (334) 223-7280
                           Facsimile No.: (334) 223-7418
                           **E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all interested parties by mailing a copy of same, first class, postage prepaid, addressed as follows:

Gary S. Olshan, P.C.  
P.O. Box 3020  
Birmingham, Alabama 35202

David Stivarius  
180 Lee Road 845  
Valley, AL 36854

Malissa L. Hagler  
616 26th St, #A  
Columbus, GA 31904-8531

Alan K. Fleming  
6261 Seminary Road  
Columbus, GA 31904

Delta Properties  
407 7th Street  
Tallassee, AL 36078

Dated this the 7th day July, 2006.

                                                               s/R. Randolph Neeley  
                                                               Assistant United States Attorney