IN THE CIRCUIT COURT OF LEE COUNTY ALABAMA


FILED
AUG 2 3 2006
IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

NC WC LP
Plaintiff

vs.

Case No. CV 2006 186

DAVID STIVARIUS et al
Defendants

### ACCEPTANCE OF SERVICE

As per Alabama Rules of Court, Rule 4(h) the undersigned hereby accepts and acknowledges service of a copy of the within summons and complaint and waives further notice and service of process of the summons and complaint.

_____
Melissa Lee

_____
Witness (confirmed by telephone)