

Company Name: GARY S. OLSHAN P.C.    User ID: C4R    Last login Date: 10/20/2006 Time

**Main Menu**

County: 43 - LEE    Monitor→   Case Number: CV-2006-000186.00   NOTICE
Name: NC-WC LP VS DAVID STIVARIUS, MALISSA ADELL LEE, DELTA PROPERTIES, AL
Charge: CONTRACT/EJMNT/SEIZU

**Search**
- ☐ Party Search
- ☐ Case Lookup
- ☐ Attorney Search
- ☐ Warrant Search
- ☐ Witness Search
- ☐ DocketSearch
- ☐ HotSheet™

**Case**

See Case Detail Record from Alacourt.com version 1.

### Case Information

| | |
|---|---|
| County: | 43 - LEE |
| Case Number: | CV 2006 000186 00 |
| JID: | JVD JOHN V. DENSON II |
| Trial: | B |
| Style: | NC-WC LP VS DAVID STIVARIUS, MALISSA ADELL LEE, DELTA PROPERTIES, AL |
| Filed: | 03/16/2006 |

| | |
|---|---|
| Code: | CONT |
| Type: | CONTRAC |
| Track: | |
| Status: | A ACTIVE |
| Plaintiffs: | 000 |
| Defendants: | 000 |

**Tracking**
- ☐ Attorney Tracker
- ☐ Case Monitor
- ☐ Name Tracker
- ☐ Reminders

### Court Action

| | |
|---|---|
| DJID: | |
| Court Action: | |
| Judgment For: | |
| Trial days: | 0 |

| | |
|---|---|
| Amount: | $0.0 |
| Compensatory: | |
| Punitive: | |
| General: | |
| None: | |

**Desktop**
- ☐ My Alacourt

**Administration**
- ☐ Update User Info

### Other Actions

| | |
|---|---|
| Cont Date: | |
| RevJmt: | |
| Appeal Date: | |
| Mistrial: | |
| DSDT: | |

| | |
|---|---|
| Cont #: | |
| Admin Date: | 05/19/2006 |
| Court: | |

| | |
|---|---|
| why: | |
| Why: | |
| Case: | |
| TBNV2: | |
| DTYP: | |

### Comments

Comment 1:
Comment 2:

### Settings

### Parties

### Consolidated Case Action Summary

**Consolidated Case Action Summary** TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 03/16/2006 | 15:45:28 | FILE | FILED THIS DATE: 03/16/2006 (AV01) |
| 03/16/2006 | 15:45:29 | ORIG | ORIGIN: INITIAL FILING (AV01) |
| 03/16/2006 | 15:45:30 | ASSJ | ASSIGNED TO JUDGE: JOHN V. DENSON II (AV01) |
| 03/16/2006 | 15:45:31 | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) |

```
03/16/2006 15:45:32 STAT  CASE ASSIGNED STATUS OF: ACTIVE (AV01)
03/16/2006 15:45:51 PART  NC-WC, LP ADDED AS C001 (AV02)
03/16/2006 15:45:52 ATTY  LISTED AS ATTORNEY FOR C001: OLSHAN GARY S (AV02)
03/16/2006 15:47:05 PART  STIVARIUS DAVID ADDED AS D001 (AV02)
03/16/2006 15:47:06 SUMM  SHERIFF ISSUED: 03/16/2006 TO D001 (AV02)
03/16/2006 15:47:07 PARA  S & C FILED AND SENT TO LCSO FOR SERVICE (AV02)
03/16/2006 15:47:59 PART  LEE MALISSA ADELL ADDED AS D002 (AV02)
03/16/2006 15:48:00 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE
03/16/2006 15:48:00 SUMM  CERTIFIED MAI ISSUED: 03/16/2006 TO D002 (AV02)
03/16/2006 15:48:51 PART  DELTA PROPERTIES ADDED AS D003 (AV02)
03/16/2006 15:48:52 SUMM  CERTIFIED MAI ISSUED: 03/16/2006 TO D003 (AV02)
03/16/2006 15:48:53 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE
03/16/2006 15:49:29 PART  FLEMING ALAN K ADDED AS D004 (AV02)
03/16/2006 15:49:30 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE
03/16/2006 15:49:31 SUMM  CERTIFIED MAI ISSUED: 03/16/2006 TO D004 (AV02)
03/16/2006 15:50:48 PART  US DEPT OF TREASURY-INTERNAL REVENUE ADDED AS D005
03/16/2006 15:50:49 SUMM  CERTIFIED MAI ISSUED: 03/16/2006 TO D005 (AV02)
03/16/2006 15:50:50 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE
03/23/2006 08:01:08 SERC  D004 SERVED CERTIFIED MAIL ON 03/21/2006
03/23/2006 08:07:01 SERC  D003 SERVED CERTIFIED MAIL ON 03/18/2006
03/30/2006 15:55:16 RETU  RETURNED VACANT ON 03/27/2006 FOR D002
03/31/2006 09:45:39 SERC  D005 SERVED CERTIFIED MAIL ON 03/30/2006
04/19/2006 08:14:02 TEXT  DEF'S ANSWER 2 PLF'S COMPLAINT
04/20/2006 08:28:08 ATTY  LISTED AS ATTORNEY FOR D003: CALDWELL ALISA JEAN
04/28/2006 16:18:44 TEXT  ALIAS COMPLAINT
05/02/2006 16:20:34 PART  US ATTORNEY'S OFFICE ON BEHALF OF IRS ADDED AS D00
05/02/2006 16:20:35 SUMM  CERTIFIED MAI ISSUED: 04/28/2006 TO D006 (AV02)
05/02/2006 16:20:36 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE
05/02/2006 16:21:17 D006  ADDR1 CHANGED FROM: MAIN JUSTICE BLDG RM 5111
05/02/2006 16:21:18 D006  ADDR2 CHANGED FROM: 10TH STREET & NORTH CONST
05/02/2006 16:21:19 D006  ADDR CITY CHANGED FROM: WASHINGTON (AV02)
05/02/2006 16:21:20 D006  ADDRESS STATE CHANGED FROM: DC (AV02)
05/02/2006 16:21:21 REIS  REISSUE OF CERTIFIED MA ON 04/28/2006 FOR D006
05/02/2006 16:21:23 D006  2 NOTICES ISSUED 4 THE SAME DEF
05/04/2006 16:19:40 SERC  D006 SERVED CERTIFIED MAIL ON 05/02/2006
05/12/2006 08:15:55 SERC  D006 SERVED CERTIFIED MAIL ON 05/08/2006
05/17/2006 14:55:56 TEXT  NOTICE OF FILING NOTICE OF REMOVAL
```

```
05/19/2006 14:05:48 ADMN  PLACED ON ADMIN DOCKET: 05/19/2006 REASON: O(AV01)
08/01/2006 16:15:28 D002  ADDR1 CHANGED FROM: 616 26TH STREET (AV02)
08/01/2006 16:15:29 D002  ADDR2 CHANGED FROM: #A (AV02)
08/01/2006 16:15:30 REIS  REISSUE OF CERTIFIED MA ON 07/07/2006 FOR D002
08/01/2006 16:15:40 RETU  RETURNED UNCLAIM CERT M ON 07/31/2006 FOR D002
08/22/2006 15:18:36 RETU  RETURNED NOT AT ADDR GIVEN 08/22/2006 FOR D001
08/23/2006 15:54:18 TEXT  ACCEPTANCE OF SERVICE
10/05/2006 11:47:14 TEXT  ALIAS COMPLAINT
10/05/2006 11:48:22 D001  ADDR1 CHANGED FROM: 180 LEE ROAD 845 (AV02)
10/05/2006 11:48:23 D001  ADDR CITY CHANGED FROM: VALLEY (AV02)
10/05/2006 11:48:24 D001  ADDRESS STATE CHANGED FROM: AL (AV02)
10/05/2006 11:48:25 REIS  REISSUE OF CERTIFIED MA ON 10/05/2006 FOR D001
10/05/2006 11:48:26 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE
10/16/2006 16:01:25 SERC  D001 SERVED CERTIFIED MAIL ON 10/13/2006
```

**Witness List**

**Financial**

**Motions**