IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**VERIFIED APPLICATION FOR ADMISSION TO PRACTICE**

Comes Now Gary S. Olshan, applicant herein, and respectfully represents the following.

1. Applicant resides at 408 Michael Lane, Birmingham, Jefferson County, Alabama 35213 and has an office address of 600 Beacon Parkway West, Beacon Ridge Tower, Suite #940, Birmingham, Alabama 35209.

2. Applicant desires to appear before this Court in the case styled NC – WC LP v. David Stivarius et al. 3:06 cv 440 WKW. Applicant represents the Plaintiff in this action removed from state court.

3. Applicant has been admitted to the State of Alabama Bar in 1981. Applicant is a currently licensed and member in good standing of the Bar in the State of Alabama. Applicant is not currently suspended or disbarred by any jurisdiction in which I have been admitted. Nor has Applicant been denied admission to practice before another Court. Applicant was admitted to the State of California Bar in 1979 and is currently on inactive status in that state.

4. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

5. There are no pending grievances or criminal matters pending against the applicant.

6. Applicant is of good moral character and familiar with the ethics, principles, practices, customs and usages of the legal profession in the United District Court of Alabama, Middle District, Eastern Division.

7. Applicant has included $20.00 application fee.

8. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, Gary S. Olshan, do solemnly swear that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Dated this the ___23rd___ day of October 2006.

_____
Applicant– Gary S. Olshan

Bar number: ASB 7479 A63G
Email address: gsocollect@netzero.net
Direct phone: (205) 313-2565
Fax #: (205) 313-2564

Mailed 10/24/06