**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

**CERTIFICATE OF GOOD STANDING**

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **Gary S. Olshan** was duly admitted to practice in said Court on **November 13, 1981**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on October 24, 2006.

SHARON HARRIS, CLERK

By: *Hanku Calahan*
Deputy Clerk