IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-440-WKW |
| | ) |
| DAVID STIVARIUS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

Upon consideration of the Motion for Gary S. Olshan to Appear Pro Hac Vice (Doc. #9) filed on October 24, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 25th day of October, 2006.

                                         /s/   W.  Keith Watkins
                                         UNITED STATES DISTRICT JUDGE