IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-440-WKW |
| ) | |
| DAVID STIVARIUS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion to Continue 26(f) Report filed by the plaintiff on October 23, 2006 (Doc. # 8), it is hereby

ORDERED that the motion is GRANTED and the deadline to file the Rule 26(f) report is CONTINUED GENERALLY.

It is further ORDERED that the above-styled action is STAYED pending notice from the parties that this case can be dismissed and judicial forfeiture can be completed. The parties shall file a joint status report on **November 7, 2006**, and the **first Tuesday of each month** thereafter.

DONE this 25th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE