**UNITED STATES DISTRICT COURT**
**IN THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

NC-WC LP
Plaintiff

v.                                          Civil Case No. 3:06-cv-WKW-SRW

DAVID STIVARIUS et, al.
defendants

### JOINT STATUS REPORT

Gary S. Olshan, as attorney for the Plaintiff, NC – WC LP files this report with the Court this the 6th day of November 2006. The undersigned has spoken with all of the parties with the exception of David Stivarius. All consent to the entry of an Order allowing for judicial foreclosure of the subject mortgage according to state law. It is noted that David Stivarius was served on October 13, 2006 and has not filed an answer or responsive pleading as of this time. It is also noted that Melissa Lee's acceptance of service of the summons and complaint was filed with the state court on August 23, 2006 but as of this filing has not filed an answer or responsive pleading. Attached is the consolidated case action summary detailing the service on David Stivarius and Ms. Lee's filing of the acceptance.

Respectfully Submitted,

_____
Gary S. Olshan P.C. Gary S. Olshan (OLS001)
attorney for NC – WC LP
P. O. Box 3020
Birmingham, Alabama 35202
direct dial: (205) 313-2565 / facsimile: (205) 313-2565
email: gsocollect@netzero.net

CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all of the interested parties by mailing a copy of same, first class, postage prepaid, address as follows:

R. Randolph Neely
Assistant U.S. Attorney
P O Box 197
Montgomery, AL 36101-0197

Alan Fleming
6261 Seminary Rd
Columbus, GA 31904

David Stivarius
P O Box 1043
Fortson, GA 31808

Malissa Lee
616 26th St, #A
Columbus, GA 31904-8531

Alisa J. Caldwell
P O Box 780452
Tallassee, AL 36078

_____
Gary S. Olshan