

**The Alabama Trial Court System at your desk**

Company Name: GARY S. OLSHAN P.C.          User ID: C4R          Last login Date: 11/6/2006 Time:

: Main Menu

County: **43 - LEE**          Monitor→  Case Number: **CV-2006-000186.00**          NOTICE
Name: **NC-WC LP VS DAVID STIVARIUS, MALISSA ADELL LEE, DELTA PROPERTIES, AL**
Charge: **CONTRACT/EJMNT/SEIZU**

**Search**
☐ Party Search
☐ Case Lookup
☐ Attorney Search
☐ Warrant Search
☐ Witness Search
☐ DocketSearch
☐ HotSheet™

**Tracking**
☐ Attorney Tracker
☐ Case Monitor
☐ Name Tracker
☐ Reminders

**Desktop**
☐ My Alacourt

**Administration**
☐ Update User Info

## Case

See Case Detail Record from Alacourt.com version 1.

### Case Information

| | |
|---|---|
| County: | **43 - LEE** |
| Case Number: | CV 2006 000186 00 |
| JID: | **JVD JOHN V. DENSON II** |
| Trial: | **B** |
| Style: | NC-WC LP VS DAVID STIVARIUS, MALISSA ADELL LEE, DELTA PROPERTIES, AL |
| Filed: | **03/16/2006** |

| | |
|---|---|
| Code: | **CONT** |
| Type: | CONTRAC |
| Track: | |
| Status: | A ACTIVE |
| Plaintiffs: | **000** |
| Defendants: | **000** |

### Court Action

| | |
|---|---|
| DJID: | |
| Court Action: | |
| Judgment For: | |
| Trial days: | **0** |

| | |
|---|---|
| Amount: | **$0.0** |
| Compensatory: | |
| Punitive: | |
| General: | |
| None: | |

### Other Actions

| | |
|---|---|
| Cont Date: | |
| RevJmt: | |
| Appeal Date: | |
| Mistrial: | |
| DSDT: | |

| | |
|---|---|
| Cont #: | |
| Admin Date: | **05/19/2006** |
| Court: | |

| | |
|---|---|
| why: | |
| Why: | |
| Case: | |
| TBNV2: | |
| DTYP: | |

### Comments

Comment 1:
Comment 2:

## Settings

## Parties

## Consolidated Case Action Summary

**Consolidated Case Action Summary**TC

| Date | Time | Code | Comments |
|---|---|---|---|
| 03/16/2006 | 15:45:28 | FILE | FILED THIS DATE: 03/16/2006 (AV01) |
| 03/16/2006 | 15:45:29 | ORIG | ORIGIN: INITIAL FILING (AV01) |
| 03/16/2006 | 15:45:30 | ASSJ | ASSIGNED TO JUDGE: JOHN V. DENSON II (AV01) |
| 03/16/2006 | 15:45:31 | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) |

Alacourt.com 2.0

03/16/2006 15:45:32 STAT  CASE ASSIGNED STATUS OF: ACTIVE (AV01)

03/16/2006 15:45:51 PART  NC-WC, LP ADDED AS C001 (AV02)

03/16/2006 15:45:52 ATTY  LISTED AS ATTORNEY FOR C001: OLSHAN GARY S (AV02)

03/16/2006 15:47:05 PART  STIVARIUS DAVID ADDED AS D001 (AV02)

03/16/2006 15:47:06 SUMM  SHERIFF ISSUED: 03/16/2006 TO D001 (AV02)

03/16/2006 15:47:07 PARA  S & C FILED AND SENT TO LCSO FOR SERVICE (AV02)

03/16/2006 15:47:59 PART  LEE MALISSA ADELL ADDED AS D002 (AV02)

03/16/2006 15:48:00 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE

03/16/2006 15:48:00 SUMM  CERTIFIED MAI ISSUED: 03/16/2006 TO D002 (AV02)

03/16/2006 15:48:51 PART  DELTA PROPERTIES ADDED AS D003 (AV02)

03/16/2006 15:48:52 SUMM  CERTIFIED MAI ISSUED: 03/16/2006 TO D003 (AV02)

03/16/2006 15:48:53 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE

03/16/2006 15:49:29 PART  FLEMING ALAN K ADDED AS D004 (AV02)

03/16/2006 15:49:30 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE

03/16/2006 15:49:31 SUMM  CERTIFIED MAI ISSUED: 03/16/2006 TO D004 (AV02)

03/16/2006 15:50:48 PART  US DEPT OF TREASURY-INTERNAL REVENUE ADDED AS D005

03/16/2006 15:50:49 SUMM  CERTIFIED MAI ISSUED: 03/16/2006 TO D005 (AV02)

03/16/2006 15:50:50 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE

03/23/2006 08:01:08 SERC  D004 SERVED CERTIFIED MAIL ON 03/21/2006

03/23/2006 08:07:01 SERC  D003 SERVED CERTIFIED MAIL ON 03/18/2006

03/30/2006 15:55:16 RETU  RETURNED VACANT ON 03/27/2006 FOR D002

03/31/2006 09:45:39 SERC  D005 SERVED CERTIFIED MAIL ON 03/30/2006

04/19/2006 08:14:02 TEXT  DEF'S ANSWER 2 PLF'S COMPLAINT

04/20/2006 08:28:08 ATTY  LISTED AS ATTORNEY FOR D003: CALDWELL ALISA JEAN

04/28/2006 16:18:44 TEXT  ALIAS COMPLAINT

05/02/2006 16:20:34 PART  US ATTORNEY'S OFFICE ON BEHALF OF IRS ADDED AS D00

05/02/2006 16:20:35 SUMM  CERTIFIED MAI ISSUED: 04/28/2006 TO D006 (AV02)

05/02/2006 16:20:36 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE

05/02/2006 16:21:17 D006  ADDR1 CHANGED FROM: MAIN JUSTICE BLDG RM 5111

05/02/2006 16:21:18 D006  ADDR2 CHANGED FROM: 10TH STREET & NORTH CONST

05/02/2006 16:21:19 D006  ADDR CITY CHANGED FROM: WASHINGTON (AV02)

05/02/2006 16:21:20 D006  ADDRESS STATE CHANGED FROM: DC (AV02)

05/02/2006 16:21:21 REIS  REISSUE OF CERTIFIED MA ON 04/28/2006 FOR D006

05/02/2006 16:21:23 D006  2 NOTICES ISSUED 4 THE SAME DEF

05/04/2006 16:19:40 SERC  D006 SERVED CERTIFIED MAIL ON 05/02/2006

05/12/2006 08:15:55 SERC  D006 SERVED CERTIFIED MAIL ON 05/08/2006

05/17/2006 14:55:56 TEXT  NOTICE OF FILING NOTICE OF REMOVAL

05/19/2006 14:05:48 ADMN  PLACED ON ADMIN DOCKET: 05/19/2006 REASON: O(AV01)

08/01/2006 16:15:28 D002  ADDR1 CHANGED FROM: 616 26TH STREET (AV02)

08/01/2006 16:15:29 D002  ADDR2 CHANGED FROM: #A (AV02)

08/01/2006 16:15:30 REIS  REISSUE OF CERTIFIED MA ON 07/07/2006 FOR D002

08/01/2006 16:15:40 RETU  RETURNED UNCLAIM CERT M ON 07/31/2006 FOR D002

08/22/2006 15:18:36 RETU  RETURNED NOT AT ADDR GIVEN 08/22/2006 FOR D001

08/23/2006 15:54:18 TEXT  ACCEPTANCE OF SERVICE

10/05/2006 11:47:14 TEXT  ALIAS COMPLAINT

10/05/2006 11:48:22 D001  ADDR1 CHANGED FROM: 180 LEE ROAD 845 (AV02)

10/05/2006 11:48:23 D001  ADDR CITY CHANGED FROM: VALLEY (AV02)

10/05/2006 11:48:24 D001  ADDRESS STATE CHANGED FROM: AL (AV02)

10/05/2006 11:48:25 REIS  REISSUE OF CERTIFIED MA ON 10/05/2006 FOR D001

10/05/2006 11:48:26 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE

10/16/2006 16:01:25 SERC  D001 SERVED CERTIFIED MAIL ON 10/13/2006

**Witness List**

**Financial**

**Motions**