IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NC-WC LP,                              )
                                       )
         Plaintiff,                    )
v.                                     )    CASE NO. 3:06-cv-440-WKW
                                       )
DAVID STIVARIUS, *et al.,*             )
                                       )
         Defendants.                   )

## O R D E R

Upon consideration of the Joint Status Report filed by the parties on November 6, 2006 (Doc. # 12), it is hereby

ORDERED that on or before November 29, 2006, the parties shall file a motion for entry of judicial foreclosure order accompanied by a jointly-prepared proposed order of judicial foreclosure, or any other appropriate motion which will resolve this case.

DONE this 13th day of November, 2006.

                    /s/  W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE