**UNITED STATES DISTRICT COURT**
**IN THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

NC-WC LP
Plaintiff

v.    Civil Case No. 3:06-cv-WKW-SRW

DAVID STIVARIUS et, al.
defendants

**MOTION TO EXTEND TIME TO FILE MOTION**
**FOR ENTRY OF JUDICIAL FORECLOSURE**

Gary S. Olshan, as attorney for the Plaintiff, NC – WC LP motions this Court to allow for an extension of time to file a motion for entry of judicial foreclosure by November 29, 2006.

Additional and sufficient time is requested to allow for the entry of the default judgments on David Stivarius and Melissa Lee. On Nov. 17, 2006 applications for the default judgments were filed with the Clerk's office.

Respectfully Submitted,

_____
Gary S. Olshan P.C. Gary S. Olshan (OLS001)
attorney for NC – WC LP
P. O. Box 3020
Birmingham, Alabama 35202
direct dial: (205) 313-2565 / facsimile: (205) 313-2565
email: gsocollect@netzero.net

CERTIFICATE OF SERVICE

I hereby certify that I have this the 27th of November 2006 served a copy of the foregoing upon all of the interested parties by mailing a copy of same, first class, postage prepaid, address as follows:

R. Randolph Neely
Assistant U.S. Attorney
P O Box 197
Montgomery, AL 36101-0197

Alan Fleming
6261 Seminary Rd
Columbus, GA 31904

David Stivarius
P O Box 1043
Fortson, GA 31808

Malissa Lee
616 26th St, #A
Columbus, GA 31904-8531

Alisa J. Caldwell
P O Box 780452
Tallassee, AL 36078

_____
Gary S. Olshan