IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-440-WKW |
| | ) |
| DAVID STIVARIUS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Motion to Extend Time to File Motion for Entry of Judicial Foreclosure filed by the plaintiff on November 28, 2006 (Doc. # 15), it is hereby

ORDERED that the motion is GRANTED. The deadline for filing a motion for entry of judicial foreclosure, which shall be accompanied by a jointly-prepared proposed order of judicial foreclosure, is hereby EXTENDED from **November 29, 2006** to **December 29, 2006.**

DONE this 30th day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE