IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-440-WKW |
| ) | (WO) |
| DAVID STIVARIUS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On November 17, 2006, the plaintiff filed an Application to Court for Entry of Default and Default Judgment and Supporting Affidavit Against Defendants David Stivarius ("Stivarius") and Melissa Lee ("Lee"). (Doc. # 14). Upon consideration of the motion and sworn affidavit of Plaintiff's counsel, it is hereby ORDERED that:

1. Default is hereby ENTERED against Defendants Stivarius and Lee.

2. Plaintiff's motion (Doc. # 14) is GRANTED.

3. Default judgment is hereby ENTERED in favor of the Plaintiff and against Defendants Stivarius and Lee.

A final judgment addressing for judicial foreclosure by Plaintiff of the subject mortgage against said defendants will be entered later.

DONE this 21st day of December, 2006.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE