IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-440-WKW |
| | ) |
| DAVID STIVARIUS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion for Entry of Judicial Foreclosure filed by the plaintiff on December 28, 2006 (Doc. # 18), it is hereby

ORDERED that on or before January 23, 2007, the defendants shall show cause in writing why the motion should not be granted and the plaintiff's proposed order for entry of judicial foreclosure should not be entered.

DONE this 9th day of January, 2007.

    /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE