## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **3:06-cv-440-WKW-SRW** |
| | ) |
| DAVID STIVARIUS, MALISSA | ) |
| ADELL LEE, DELTA PROPERTIES, | ) |
| ALAN K. FLEMING | ) |
| and UNITED STATES DEPT. OF | ) |
| TREASURY - INTERNAL REVENUE | ) |
| SERVICE, | ) |
| | ) |
|    Defendants. | ) |

## **RESPONSE TO ORDER**

Comes now Defendant Internal Revenue Service, by and through Leura G. Canary, United States Attorney and files the following response to the Court's January 9, 2007 Order:

Defendant respectfully requests that the last sentence of the proposed Order for Entry of Judicial Foreclosure be changed to read, in pertinent part, "and interplead into this Court any excess funds received for disbursement by this Court in accordance with the priorities as [established under federal law.]" *See,* Litton Indus. Automation Systems, Inc. v. Nationwide, 106 F.3d 366, 371(11th Cir. 1997) ("Federal law, not state law, governs a priority contest between a security interest and a federal tax lien.").

Otherwise, the Defendant has no objection to the entry of the proposed order of judicial foreclosure.

Respectfully submitted this 23rd day of January, 2007.

           LEURA G. CANARY
           United States Attorney

           By:s/ R. Randolph Neeley
           R. Randolph Neeley
           Assistant United States Attorney
           Bar Number: 9083-E56R
           Attorney for Defendant
           Post Office Box 197
           Montgomery, AL 36101-0197
           Telephone No.: (334) 223-7280
           Facsimile No.: (334) 223-7418
           E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all interested parties by mailing a copy of same, first class, postage prepaid, addressed as follows:

Gary S. Olshan, P.C.
P.O. Box 3020
Birmingham, Alabama 35202

Malissa Lee
616 26th Street, #A
Columbus, GA 31904-8531

Alisa J. Caldwell
P.O. Box 780452
Tallassee, AL 36078

Alan K. Fleming
6261 Seminary Road
Columbus, GA 31904

Dated this the 23rd day January, 2007.

           s/R. Randolph Neeley
           Assistant United States Attorney