**UNITED STATES DISTRICT COURT**
**IN THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

NC-WC LP
Plaintiff

v.                                              Civil Case No. 3:06-cv-WKW-SRW

DAVID STIVARIUS et, al.
defendants

**NOTICE OF JUDICIAL FORECLOSURE**

Plaintiff files with the Court the attached copy of the advertisement of foreclosure sale and hereby serves notice of the sale on each defendant in accordance with the Order of this Court dated January 9, 2007

Respectfully Submitted,

_[signature]_
Gary S. Olshan P.C. by Gary S. Olshan (OLS001)
P O Box 3020
Birmingham, Al, 35202
(205) 313-2565

CERTIFICATE OF SERVICE

I hereby certify that I have this the 31st of January, 2007 served a copy of the foregoing upon all of the interested parties by mailing a copy of same, first class, postage prepaid, address as follows:

R. Randolph Neely
Assistant U.S. Attorney
P O Box 197
Montgomery, AL 36101-0197

Alan Fleming
6261 Seminary Rd
Columbus, GA 31904

David Stivarius  
P O Box 1043  
Fortson, GA 31808  


Malissa Lee  
616 26th St, #A  
Columbus, GA 31904-8531  


Alisa J. Caldwell  
P O Box 780452  
Tallassee, AL 36078  


_____  
Gary S. Olshan