**Gary S. Olshan P. C.**
**Attorney At Law**
**P. O. Box 3020**
**Birmingham, Alabama 35202**

Telephone (direct): (205) 313-2565
Facsimile: (205) 313-2564
e-mail: gsocollect@netzero.net

---

JANUARY 30, 2007

MORTGAGE FORECLOSURE SALE

Default having been made in the payment of the indebtedness secured by that certain mortgage executed by David Stivarius and Malissa Adell Lee to SouthTrust Bank NA k/n/a Wachovia Bank NA, on the 12th day of September 2002, said mortgage being recorded in the Office of Judge of Probate of Lee County, in Mortgage Book 2900, Page 759 and mortgage being assigned and transferred to NC-WC L.P. on September 15, 2005 and recorded in Mortgage Book 3308, Page 235, NC-WC L.P. as transferee under and by virtue of the Order of the United States District Court in the Middle District of Alabama, Eastern Division, will sell at public outcry to the highest bidder for cash, in front of the main entrance at the Lee County Courthouse located in Opelika, Alabama on the 8th day of March 2007 during the legal hours of sale the following described real estate situated in Montgomery County, Alabama:

See Attached Legal Description

The sale is made for the purpose of paying the indebtedness secured by said mortgage, as well as the expenses of the foreclosure including a reasonable attorney's fees.

The property is sold on an "As Is/Where Is" basis subject to all matters of record. The property is sold without warranty or recourse, implied or expressed, as to title, use and/or enjoyment and subject to all rights of redemption.

The Transferee reserves the right to bid for and purchase the property and to credit the purchase price against the expenses of sale and the indebtedness secured by this mortgage as provided for in the mortgage.

This foreclosure sale is subject to postponement or cancellation.


Gary S. Olshan
Attorney for Transferee
P. O. Box 3020
Birmingham, AL 35202
(205) 313-2565

advertising dates: February 3, 20, 17 and 24, 2007

File No: AUB0500248

56' 03" West, a distance of 197.08 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence along a curve to the right, said curve having a radius of 370.00 feet and being subtended by a chord of bearing North 03° 43' 46" West for a distance of 92.80 feet and an arc length of 93.04 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence along a curve to the right, said curve having a radius of 370.00 feet and being subtended by a chord of bearing North 10° 40' 42" East for a distance of 92.80 feet and an arc length of 93.04 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence North 17° 52' 57" East a distance of 111.47 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence along a curve to the right, said curve having a radius of 570.00 feet and being subtended by a chord of bearing North 21° 12' 59" East for a distance of 66.30 feet and an arc length of 66.33 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence North 24° 33' 01" East, a distance of 179.25 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence North 24° 33' 01" East a distance of 53.30 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence along a curve to the left, said curve having a radius of 830.00 feet and being subtended by a chord of bearing North 21° 00' 14" East for a distance of 102.68 feet and an arc length of 102.74 feet to an iron pin on the eastern margin of said Lee Road 312 marking the TRUE POINT OF BEGINNING. From said POINT OF BEGINNING, travel thence North 17° 27' 28" East, a distance of 242.17 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence along a curve to the left, said curve having a radius of 630.00 feet and being subtended by a chord bearing North 13° 00' 07" East for a distance of 102.68 feet and an arc length of 102.74 feet to an iron pin on the eastern margin of Lee Road 312; Travel thence North 08° 32' 46" East, a distance of 45.16 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence North 69° 29' 04" East a distance of 302.86 feet to an iron pin; Travel thence South 05° 40' 09" East a distance of 534.03 feet to an iron pin; Travel thence South 05° 40' 09" East a distance of 120.27 feet to an iron pin; Travel thence North 72° 32' 32" West a distance of 478.72 feet to an iron pin marking the POINT OF BEGINNING.

Said tract or parcel containing 4.42 acres, more or less.

Parcel 2:

That tract or parcel of real estate situate and lying and being in Section 22, Township 18 North, Range 30 East, Lee County, Alabama, more particularly described as follows:

Begin at an iron pin marking the northeast corner of the intersection of Lee Road 312 and Lee Road 860, said pin and intersection shown on a map or plat entitled Boundary Survey 100.11 Acres more or less and lots 8 and 10 Byrd Shores Subdivision prepared by Jordan, Jones an Goulding, registered professional land surveyors, the same appearing of record in the Office of the Judge of Probate of Lee County, Alabama in Plat Book 22, Page 156. Travel thence along the eastern margin of said Lee Road 312 North 22° 04' 00" East a distance of 360.10 feet to an iron pin located on the eastern margin of said Lee Road 312; Travel thence along a curve to the left, said curve having a radius of 530.00 feet and being subtended by a chord of bearing North 11° 37' 28" East for a distance of 192.12 feet and an arc length of 193.18 feet to an iron pin on the eastern margin of said Lee Road 312; Travel thence along a curve to the left, said curve having a radius of 530.00 feet and being subtended by a chord bearing North 04° 52' 33" West for a distance of 111.87 feet and an arc length of 112.08 feet to an iron pin on the eastern margin of Lee Road 312; Travel thence North 10°

*ALTA Commitment – Schedule A*

Page