**UNITED STATES DISTRICT COURT**
**IN THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

NC-WC LP
Plaintiff

v.  Civil Case No. 3:06-cv-WKW-SRW

DAVID STIVARIUS *et, al.*
defendants

**AMENDED NOTICE OF JUDICIAL FORECLOSURE**

Plaintiff files with the Court the attached copy of the amended advertisement of foreclosure sale and hereby serves notice of the sale on each defendant in accordance with the Order of this Court dated January 9, 2007. The advertising dates and sales date were changed due to a misunderstanding between the newspaper and the Plaintiff's attorney's office.

Respectfully Submitted,

_/s/ Gary S. Olshan_
Gary S. Olshan P.C. by Gary S. Olshan (OLS001)
P O Box 3020
Birmingham, Al, 35202
(205) 313-2565

CERTIFICATE OF SERVICE

I hereby certify that I have this the 13th of February, 2007 served a copy of the foregoing upon all of the interested parties by mailing a copy of same, first class, postage prepaid, address as follows:

R. Randolph Neely
Assistant U.S. Attorney
P O Box 197
Montgomery, AL 36101-0197


Alan Fleming
6261 Seminary Rd

Columbus, GA 31904


David Stivarius
P O Box 1043
Fortson, GA 31808


Malissa Lee
616 26th St, #A
Columbus, GA 31904-8531


Alisa J. Caldwell
P O Box 780452
Tallassee, AL 36078


_____
Gary S. Olshan