**Gary S. Olshan  P. C.**
**Attorney At Law**
**P. O. Box 3020**
**Birmingham, Alabama 35202**

Telephone (direct): (205) 313-2565
Facsimile: (205) 313-2564
e-mail: gsocollect@netzero.net

---

JANUARY 30, 2007

MORTGAGE FORECLOSURE SALE

Default having been made in the payment of the indebtedness secured by that certain mortgage executed by David Stivarius and Malissa Adell Lee to SouthTrust Bank NA k/n/a Wachovia Bank NA, on the 12th day of September 2002, said mortgage being recorded in the Office of Judge of Probate of Lee County, in Mortgage Book 2900, Page 759 and mortgage being assigned and transferred to NC-WC L.P. on September 15, 2005 and recorded in Mortgage Book 3308, Page 235, NC-WC L.P. as transferee under and by virtue of the Order of the United States District Court in the Middle District of Alabama, Eastern Division, will sell at public outcry to the highest bidder for cash, in front of the main entrance at the Lee County Courthouse located in Opelika, Alabama on the 21st day of March 2007 during the legal hours of sale the following described real estate situated in Montgomery County, Alabama:

See Attached Legal Description

The sale is made for the purpose of paying the indebtedness secured by said mortgage, as well as the expenses of the foreclosure including a reasonable attorney's fees.

The property is sold on an "As Is/Where Is" basis subject to all matters of record. The property is sold without warranty or recourse, implied or expressed, as to title, use and/or enjoyment and subject to all rights of redemption.

The Transferee reserves the right to bid for and purchase the property and to credit the purchase price against the expenses of sale and the indebtedness secured by this mortgage as provided for in the mortgage.

This foreclosure sale is subject to postponement or cancellation.


Gary S. Olshan
Attorney for Transferee
P. O. Box 3020
Birmingham, AL 35202
(205) 313-2565

advertising dates: February 14, 21, 28 and March 7, 2007