**UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

NC-WC LP
Plaintiff

v.                                    Civil Case No. 3:06-cv-WKW-SRW

DAVID STIVARIUS et, al.
defendants

**REPORT OF FORECLOSURE SALE**

Plaintiff files this report as per Order For Entry of Judicial Foreclosure entered by this Court. The foreclosure sale was conducted on March 21, 2007. The balance due on the mortgage through March 21, 2007 was $45,715.77. This balance included the principal and interest balance in the amount of $31,037.56 through March 21, 2007, $2355.01 tax redemption costs paid to the Lee County Judge of Probate, $1661.35 advertising costs, court costs and attorney's fees. The successful bidder was Gary Eiland Investments LLC in the amount of $45,715.77. A copy of the foreclosure deed is attached hereto as Exhibit A.

Respectfully Submitted,

/s/ Gary S. Olshan

Gary S. Olshan P.C. by Gary S. Olshan (OLS001)
P O Box 3020
Birmingham, Al, 35202
(205) 313-2565

CERTIFICATE OF SERVICE

I hereby certify that I have this the 30th of March, 2007 served a copy of the foregoing upon all of the interested parties by mailing a copy of same, first class, postage prepaid, address as follows:

R. Randolph Neely
Assistant U.S. Attorney
P O Box 197
Montgomery, AL 36101-0197

Alan Fleming
6261 Seminary Rd
Columbus, GA 31904

David Stivarius
P O Box 1043
Fortson, GA 31808

Malissa Lee
616 26th St, #A
Columbus, GA 31904-8531

Alisa J. Caldwell
P O Box 780452
Tallassee, AL 36078

*/s/ Gary S. Olshan*
Gary S. Olshan