IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NC-WC LP,                              )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )          CASE NO. 3:06-cv-440-WKW
                                       )
DAVID STIVARIUS, *et al.,*             )
                                       )
          Defendants.                  )

## ORDER

It is ORDERED that the plaintiff's Motion for Entry of Judicial Foreclosure (Doc. # 18)

is DENIED as MOOT.

DONE this 27th day of April, 2007.

                    _____/s/   W.  Keith Watkins_____
                    UNITED STATES DISTRICT JUDGE