IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | * |
| Plaintiffs, | * |
| | * Civil Action No. 3:06-cv440-WKA |
| vs. | * |
| | * |
| DAVID STIVARIUS, et al., | * |
| MELANIE DAWN BAKER | * |
| | * |
| Defendants. | * |

## ANSWER

Comes now Defendant, DELTA PROPERTIES, L.L.C., by and through its attorney, Alisa J. Caldwell, and shows unto this Honorable Court as follows:

1. Defendant, Caldwell, has no objection to the Judicial foreclosure sale and has no objection of an Order from the Court confirming the foreclosure sale.

Respectfully, submitted,

_____
Alisa J. Caldwell (CAL035)
Attorney for Defendant
P.O. Box 780452
Tallassee, Al 36078.
(334) 283-2893

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Answer was served by U.S. Postal Mail, postage prepaid, addressed as follows:

Gary Olshan, P.C.
P.O. Box 3020
Birmingham, Alabama 35202


Malissa Lee
616 26th Street, #A
Columbus, GA 31904-8531

Alan Kleming
6261 Seminary Road
Columbus, GA 31902

_____
Alisa J. Caldwell