UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NC-WC LP
Plaintiff

v.                                                          Civil Case No. 3:06-cv-WKW-SRW

DAVID STIVARIUS *et, al*.
defendants

## STATUS REPORT

Plaintiff files this report as per Order dated May 1, 2007. The foreclosure sale was conducted on March 21, 2007 per notice sent to all parties and filed with the Court. The balance due on the mortgage through March 21, 2007 was $45,715.77. This balance included the principal and interest balance in the amount of $31,037.56 through March 21, 2007, $2355.01 tax redemption costs paid to the Lee County Judge of Probate in redemption of the tax sale from Delta Properties L.LC., $1661.35 advertising costs, court costs and attorney's fees. The successful bidder was Gary Eiland Investments L.L.C. in the amount of $45,715.77. A copy of the foreclosure deed is attached hereto as Exhibit A.

Respectfully Submitted,

/s/

Gary S. Olshan P.C. by Gary S. Olshan (OLS001)
P O Box 3020
Birmingham, Al, 35202
(205) 313-2565

CERTIFICATE OF SERVICE

I hereby certify that I have this the 14th of May, 2007 served a copy of the foregoing upon all of the interested parties by mailing a copy of same, first class, postage prepaid, address as follows:

R. Randolph Neely
Assistant U.S. Attorney
P O Box 197
Montgomery, AL 36101-0197

Alan Fleming
6261 Seminary Rd
Columbus, GA 31904


Alisa J. Caldwell
P O Box 780452
Tallassee, AL 36078


_____
Gary S. Olshan