**Gary S. Olshan P. C.**
**Attorney At Law**

P. O. Box 3020
Birmingham, Alabama 35202

Telephone (direct): (205) 313-2565
Facsimile: (205) 313-2564
Email: gsocollect@netzero.net

May 1, 2007

Al Fleming
By fax: (706) 576-4155

Re: NC WC LP v David Stivarius et al Case No 3:06-cv-440-WKW
United States District Court for the Middle District of Alabama Eastern Division

Dear Mr. Fleming:

Please allow this letter to confirm that you consented to the relief sought by the Plaintiff in the above referenced complaint. In fact in your letter of April 3, 2006 to me, you acknowledged the appropriateness of the foreclosure of the subject mortgage. I subsequently spoke with Mr. Olshan at various times from April 2006 through the present date and received all prior notices of foreclosure sale and the report of the sale filed with the Court.

I have no objection to the sale and Order of the Court being entered confirming the sale.

Sincerely,

*/s/ Gary S. Olshan*
Gary S. Olshan

Agreed to and Acknowledged

*/s/ Alan K. Fleming*
Al Fleming