IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **3:06-cv-440-WKW-SRW** |
| | ) |
| DAVID STIVARIUS, MALISSA ADELL LEE, DELTA PROPERTIES, ALAN K. FLEMING and UNITED STATES DEPT. OF TREASURY - INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendants. | ) |

## RESPONSE TO ORDER

Comes now Defendant Internal Revenue Service, by and through Leura G. Canary, United States Attorney and files the following response in accordance with the Court's Order of May 1, 2007 (doc. 25):

The defendant has no objection to the Court's entry of an order of judicial foreclosure and confirmation of the mortgage foreclosure sale conducted on March 21, 2007.

Respectfully submitted this 23rd day of May, 2007.

           LEURA G. CANARY
           United States Attorney

           By: s/ R. Randolph Neeley
           R. Randolph Neeley
           Assistant United States Attorney
           Bar Number: 9083-E56R
           Attorney for Defendant
           Post Office Box 197
           Montgomery, AL  36101-0197
           Telephone No.: (334) 223-7280
           Facsimile No.: (334) 223-7418
           E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all interested parties by mailing a copy of same, first class, postage prepaid, addressed as follows:

| | |
|---|---|
| Gary S. Olshan, P.C. | Malissa Lee |
| P.O. Box 3020 | 616 26th Street, #A |
| Birmingham, Alabama 35202 | Columbus, GA 31904-8531 |
| | |
| Alisa J. Caldwell | Alan K. Fleming |
| P.O. Box 780452 | 6261 Seminary Road |
| Tallassee, AL 36078 | Columbus, GA 31904 |

Dated this the 23rd day May, 2007.

           s/R. Randolph Neeley
           Assistant United States Attorney