IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NC-WC LP, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-440-WKW |
| | ) |
| DAVID STIVARIUS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Before the court is plaintiff's Motion for Confirmation of Judicial Foreclosure (Doc # 29). In light of this court's Order dated May 25, 2007, it is ORDERED that the motion is DENIED as MOOT.

Done this 29th day of May, 2007.

                                        /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE