**UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

NC-WC LP
Plaintiff

v.                                        Civil Case No. 3:06-cv-WKW-SRW

DAVID STIVARIUS *et, al.*
defendants

**STATUS REPORT**

Plaintiff files this report as per Order dated May 25, 2007.

Plaintiff will submit a motion to this Court setting out that the foreclosure deed will be re-filed with the second paragraph reciting that the sale was conducted pursuant to an order of this Court, deleted in its entirety and in its stead set out that the sale was conducted in compliance with Ala. Code § 35-10-3. The motion will further request the Court to enter an order confirming the sale as a consent settlement by the parties in the within action. This Order will then be attached to the rerecorded foreclosure deed to alleviate and address any title questions that may subsequently arise due to the correction and re-filing of the foreclosure deed. The motion will then request a subsequent order be entered dismissing the case as moot.

Respectfully Submitted,

*/s/ Gary S. Olshan*

Gary S. Olshan P.C. by Gary S. Olshan (OLS001)
P O Box 3020
Birmingham, Al, 35202
(205) 313-2565

CERTIFICATE OF SERVICE

I hereby certify that I have this the 30th of May, 2007 served a copy of the foregoing upon all of the interested parties by mailing a copy of same, first class, postage prepaid, address as follows:

R. Randolph Neely
Assistant U.S. Attorney
P O Box 197
Montgomery, AL 36101-0197

Alan Fleming
6261 Seminary Rd
Columbus, GA 31904

Alisa J. Caldwell
P O Box 780452
Tallassee, AL 36078

/Gary S. Olshan