**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **NC-WC LP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 3:06-0cv-440-WKW** |
| ) | |
| **DAVID STIVARIUS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

Plaintiff shall show cause in writing on or before **February 22, 2008,** why this cause should not be dismissed for want of prosecution.

DONE this 11th day of February, 2008.

                                                 /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE