CERTIFICATE OF SERVICE

I hereby certify that I have this the 22nd of February 2008 served a copy of the foregoing upon all of the interested parties by mailing a copy of same, first class, postage prepaid, address as follows:

R. Randolph Neely
Assistant U.S. Attorney
P O Box 197
Montgomery, AL 36101-0197


Alan Fleming
6261 Seminary Rd
Columbus, GA 31904


Alisa J. Caldwell
P O Box 780452
Tallassee, AL 36078

_____
Gary S. Olshan